UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RODRIGUEZ, | No. 2:14-cv-02061-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| PENSKE LOGISTICS, LLC, | |
| Defendant. | |

On July 15, 2016, defendant requested that the court vacate the Final Pretrial Conference set for August 4, 2016 and all remaining hearings and deadlines to allow the parties time to settle the action. ECF No. 22. Defendant represents that the parties have been engaged in settlement negotiations and that plaintiff stipulates to its request to modify the schedule. *Id.* Defendant believes the case will settle in the near future and proposes filing a status report on the parties' progress by July 29, 2016. *Id.*

Good cause appearing, the court GRANTS defendant's request, as modified. The court VACATES the Final Pretrial Conference set for August 4, 2016 and RESETS it for October 7, 2016 at 10:00 a.m. in Courtroom 3. The court VACATES the jury trial set for October 3, 2016. A new trial date will be determined at the Final Pretrial Conference if settlement efforts are

1

1  unsuccessful.  The parties shall file a joint status report on the progress of settlement negotiations
2  no later than July 29, 2016.
3        IT IS SO ORDERED.
4   DATED:  July 25, 2016

_____
UNITED STATES DISTRICT JUDGE