UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RODRIGUEZ, | No. 2:14-cv-02061-KJM-CKD |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| PENSKE LOGISTICS, LLC, | |
| Defendant. | |

On July 15, 2016, defendant requested that the court vacate the Final Pretrial Conference set for August 4, 2016 and all remaining hearings and deadlines to allow the parties time to settle the action. ECF No. 22. At that time, defendant believed the case would settle in the near future. *Id.* On July 26, 2016, the court issued an order granting the defendant's request, as modified. ECF No. 23. The order adopted the parties' proposed date of July 29, 2016 to file a joint status report and reset the Final Pretrial Conference for October 7, 2016. *Id.* The parties have failed to comply with the court's order requiring a joint status report on the progress of settlement negotiations no later than July 29, 2016.

Accordingly, plaintiff's and defendant's counsel are hereby ordered to show cause on or before October 3, 2016 why sanctions in the amount of $250 should not be imposed against counsel for each party for their failure to comply with the court's order. If the case has not settled,

/////

the parties should submit a joint status report by October 3, 2016 that includes all of the information required in a joint filing for a final pretrial conference.  The Final Pretrial Conference date of **October 7, 2016** is confirmed.

    IT IS SO ORDERED.

DATED: September 26, 2016

_____
UNITED STATES DISTRICT JUDGE